ACCEPTED
03-15-00002-CV
4303378
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/26/2015 4:06:55 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00002-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
2/26/2015 4:06:55 PM
JEFFREY D. KYLE
Clerk

In the Court of Appeals
for the Third District of Texas
Austin, Texas

BIG LIFT TRUCKS OF TEXAS, INC.,

*Appellants,*

v.

THE COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS AND THE ATTORNEY GENERAL OF THE STATE OF TEXAS,

*Appellee.*

## APPELLANT'S MOTION TO DISMISS

TO THE HONORABLE COURT OF APPEALS:

Appellant Big Lift Trucks of Texas, Inc. files this, its motion to dismiss this appeal, and would respectfully show the court as follows.

1.     Appellant has, after consulting with its counsel, decided that it no longer wishes to pursue its legal remedies in this matter.

2.     Appellant has consulted with Appellees, who are unopposed to this motion to dismiss.

3.     For these reasons, Appellant asks this Court to dismiss this appeal.

Respectfully submitted,

_____

1

/s/ Richard E. Sympson
Richard E. Sympson
SBT 19596800
Siri Khalsa
SBT 24070052
720 North Post Oak Road, Suite 650
Houston, Texas 77024
(713) 681 3159
(713) 683 8005 Fax
rick@resympson.com Email
ATTORNEY FOR BIG LIFT
TRUCKS OF TEXAS, INC.

## CERTIFICATE OF CONFERENCE

I hereby certify that I consulted with Erika Sams, attorney for Appellees, and she indicated that Appellees are unopposed to this motion.

/s/ Siri Khalsa
Siri Khalsa

## CERTIFICATE OF SERVICE

I certify that a copy of Plaintiff's Motion to Dismiss was served on Appellees, through counsel of record:

Erika R. Sams, Esq.
Assistant Attorney General
P.O. Box 12548
Austin, Texas 78711-2548
512-477-2348 FAX

By Fax this 26th day of February, 2015.

/s/ Richard E. Sympson
Richard E. Sympson